Matter of Cheryl LaBella Hoppenstein 2005 Trust (2025 NY Slip Op 05807)

Matter of Cheryl LaBella Hoppenstein 2005 Trust

2025 NY Slip Op 05807

Decided on October 22, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 22, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
ROBERT J. MILLER
HELEN VOUTSINAS
DONNA-MARIE E. GOLIA, JJ.

2021-00527

[*1]In the Matter of Cheryl LaBella Hoppenstein 2005 Trust, etc. Joel D. Hoppenstein, etc., petitioner-respondent; Cheryl Hoppenstein, et al., appellants; Ava Hoppenstein Shore, et al., nonparty-respondents. (File No. 1468/11) Andrew M. La Bella, Scarsdale, NY, for appellants.

Schlesinger Lazetera & Auchincloss LLP, New York, NY (Ross Katz of counsel), for petitioner-respondent.
Smith Legacy Law, Rye, NY (Jason J. Smith of counsel), for nonparty-respondents.

DECISION & ORDER
In a proceeding to judicially settle a trustee's final account of a trust, Cheryl Hoppenstein, Yitzchak Hoppenstein, Yonatan Hoppenstein, Aryeh Hoppenstein, Yara Hoppenstein, and Adina Hoppenstein appeal from an order of the Surrogate's Court, Westchester County (Helen M. Blackwood, S.), dated November 17, 2020. The order granted those branches of the separate motions of Joel D. Hoppenstein and of Ava Hoppenstein Shore and Charles Hoppenstein which were to quash certain subpoenas served by Cheryl Hoppenstein, Yitzchak Hoppenstein, Yonatan Hoppenstein, Aryeh Hoppenstein, Yara Hoppenstein, and Adina Hoppenstein.
ORDERED that the appeal is dismissed, without costs or disbursements.
The appeal from the order must be dismissed because the right of direct appeal therefrom terminated with the entry of the decree in the proceeding (see Matter of Aho, 39 NY2d 241, 248). The issues raised on the appeal from the order are brought up for review and have been considered on the appeal from the decree (see CPLR 5501[a][1]; Matter of Cheryl LaBella Hoppenstein 2005 Trust, ___ AD3d ___ [Appellate Division Docket No. 2022-04020; decided herewith]).
IANNACCI, J.P., MILLER, VOUTSINAS and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court